STATE OF CONNECTICUT *v.* PAUL FRANCIS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 571 (AC 21647), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly determined that certain requested psychiatric assessment records did not contain any information that required disclosure to the defense?"

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16830.

*John A. East III,* senior assistant state's attorney, in support of the petition.

*Michael O. Sheehan,* special public defender, in opposition.

Decided September 12, 2002

IN RE CLARK K. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 70 Conn. App. 665 (AC 21702), is denied.

*Jeffrey W. Minnier,* in support of the petition.

*Maureen D. Regula,* assistant attorney general, in opposition.

Decided September 12, 2002